IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CAPITAL CITY BANK GROUP, INC.
and CAPITAL CITY BANK,

    Plaintiffs,

vs.                                           CASE NO.: 4:04cv407-SPM/AK

CAPITAL CITY MORTGAGE GROUP,
INC.,

    Defendant.
_____/

## ORDER AMENDING DATES AND DEADLINES

This cause comes before the Court upon Plaintiffs' Motion Requesting Extension of Deadlines Set Forth in Mediation and Scheduling Order (doc.27) and the Revised Joint Report of the Parties' Planning Meeting (doc. 28).

For good cause shown, the motion (doc. 27) is granted. The Mediation and Scheduling Order (doc. 18) is amended with the following new dates and deadlines:

| | |
|---|---|
| Identity Discovery | December 15, 2005 |
| Fact Discovery | January 15, 2006 |
| Dispositive Motions | April 15, 2006 |
| Mediation Start | January 30, 2005 |
| Mediation Complete | February 13, 2006 |
| Trial | July 17, 2006 |

The Revised Joint Report of the Parties' Planning Meeting (doc. 28) will control the deadlines not addressed in this order. The provisions of the Mediation and Scheduling Order (doc. 18), aside from the dates amended herein, remain in effect.

SO ORDERED this 18th day of August, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge